IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>CHAD ALLEN HEATHCOTE,<br><br>Defendant. | No.: 4:22-MJ-309<br><br>**WAIVER OF PRELIMINARY HEARING** |

COMES NOW, Defendant, Chad Allen Heathcote, through counsel, who waives his preliminary hearing. Defendant understands that he has been charged with misdemeanor offenses in a criminal complaint filed in this court. Counsel has conferred with Defendant regarding his right to a preliminary hearing on the misdemeanor charges identified in the criminal complaint. A magistrate judge has informed him of his right to a preliminary hearing under Fed. R. Crim. P. 5.1. After conferring with counsel, Defendant agrees to waive his right to such a preliminary hearing.

Counsel waives this hearing on Defendant's behalf, and counsel requests that the Court accept this waiver without Defendant's signature.

                                                        /s/   *Andrew Graeve*
                                   Andrew Graeve, Asst. Federal Defender
                                   FEDERAL PUBLIC DEFENDER'S OFFICE
                                   400 Locust Street, Suite 340
                                   Des Moines, Iowa 50309-2353
                                   PHONE: (515) 309-9610
                                   FAX: (515) 309-9625
                                   E-MAIL: andrew_graeve@fd.org
                                   ATTORNEY FOR DEFENDANT

CERTIFICATE OF SERVICE
I hereby certify that on May 5, 2022, I electronically filed this document with the Clerk of Court using the ECF system which will serve it on the appropriate parties.
                /s/  Theresa McClure