

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF IOWA**
123 East Walnut Street
Des Moines, Iowa 50309
Tel: (515) 284-6248

**WESTERN DIVISION**
U. S. Post Office and Federal Building
8 South 6th Street, Room 313
Council Bluffs, Iowa 51501
(712) 328-0283

**EASTERN DIVISION**
131 East 4th Street, Suite 150
Davenport, Iowa 52801
(563)884-7607

District of Columbia

Transfer of  ☐ Criminal Case   or   ☑ Magistrate Case
SDIA Case No. 4:22-mj-00309-HCA     Case Title: USA v. Heathcote - District of Columbia: 1:22-mj-91

Dear Sir/Madam:

**Pursuant to F.R.CR.P. 5:**
☑ This is an electronically filed case and the documents are available through Pacer
☐ Certified copy of case file documents (Filed prior to November 1, 2004**) and docket sheet
☐ Not for public view document (pursuant to Judicial Conference policy)
☑ Other  Sealed Financial Affidavit also sent via email

**Pursuant to  ☐ F.R.CR.P. 20 / ☐ F.R.CR.P. 21:**
☐ This is an electronically filed case and the documents are available through Pacer.
☐ Certified copy of case file documents (Filed prior to November 1, 2004**) and docket sheet
☐ Not for public view document (pursuant to Judicial Conference policy)
☐ Other

**Pursuant to 18 U.S.C. § 3605  Transfer of Jurisdiction**  ☐ Supervised Release     ☐ Probation
☐ This is an electronically filed case and the documents are available through Pacer.
☐ Certified copy of case file documents (Filed prior to November 1, 2004**) and docket sheet
☐ Not for public view document (pursuant to Judicial Conference policy)
☐ Other

**\*\*Note: Documents filed on or after November 1, 2004 are available electronically through PACER.**
Electronically filed documents can be retrieved by using your court's PACER account .

Sincerely,

Clerk, U.S. District Court

By /s/ M. Mast
   Deputy Clerk

---

**TO BE COMPLETED BY RECEIVING DISTRICT**

Please acknowledge receipt via e-mail to the address listed below and provide the case number assigned in your district:

Iasd_casemanagers@iasd.uscourts.gov

Clerk, U.S. District Court

By: _____
Date                              Deputy Clerk

CR-48 (1/11)                                      Criminal Cover Letter